**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jinlian Ge, | Case No. 5:24-cv-02266-AH-(SPx) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| Alejandro Mayorkas *et al.*, | |
| Defendants. | |

For the reasons stated in the separate order of dismissal entered on May 13, 2025, this action is dismissed without prejudice.

This is a final judgment.

Dated: May 13, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE